## CASES REPORTED WITHOUT PUBLISHED OPINIONS

### (FILED 3 SEPTEMBER 2013)

| | | |
|---|---|---|
| ABC ROOFING, INC.<br>v. SAWYER<br>No. 13-241 | Guilford<br>(11CVD8527) | Affirmed |
| BOST CONSTR. CO.<br>v. BLONDY<br>No. 12-1454 | Chatham<br>(09CVS79) | Reversed and<br>Remanded in<br>Part; Vacated<br>in Part |
| CULBRETH v. IRONMEN<br>OF FAYETTEVILLE, INC.<br>No. 13-14 | N.C. Industrial<br>Commission<br>(999981) | Affirmed |
| IN RE A.H.L.<br>No. 13-172 | Haywood<br>(07JA93-95) | Affirmed in Part;<br>Reversed in Part |
| IN RE C.L.Y.<br>No. 12-1570 | Mecklenburg<br>(11JB664) | Affirmed |
| MINTZ v. KELLEY<br>No. 13-36 | Columbus<br>(11CVS500) | Dismissed |
| MOOREFIELD v. MOOREFIELD<br>No. 13-91 | Guilford<br>(09CVD11346) | Affirmed |
| NC STATE BAR v. SMALL<br>No. 12-1545 | Disciplinary Hearing<br>Commission<br>(11DHC13) | Affirmed |
| PUGH OIL CO., INC. v.<br>ACE TRANSP., LTD<br>No. 12-1438 | Randolph<br>(10CVS2485) | Affirmed |
| STATE v. BOYD<br>No. 10-1072-3 | Orange<br>(09CRS51487-89)<br>(09CRS543) | No Error |
| STATE v. BROWN<br>No. 13-77 | Cleveland<br>(11CRS53699) | Dismissed |
| STATE v. BRYANT<br>No. 13-62 | Craven<br>(11CRS53338) | No Error |
| STATE v. CHRISTIAN<br>No. 13-162 | Guilford<br>(11CRS91498-99)<br>(12CRS24062) | No Error |